UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RYAN C. ROSE                                                                                           PLAINTIFF

V.                                              CIVIL ACTION NO. 3:23-CV-57-KHJ-MTP

NISSAN NORTH AMERICA, INC., et al.                                          DEFENDANTS

FINAL JUDGMENT

For the reasons stated in the Court's Order entered today, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendants. Plaintiff Ryan C. Rose's claims are dismissed with prejudice. This case is closed.

SO ORDERED, this 22nd day of August, 2024.

s/ <i>Kristi H. Johnson</i><br>UNITED STATES DISTRICT JUDGE